UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER JOSHUA LABRECK,

    Plaintiff,

v.

    Case No. 17-11905

    Honorable John Corbett O'Meara

HEIDI E. WASHINGTON, *et. al.*,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE GRAND'S SEPTEMBER 25, 2017 REPORT AND RECOMMENDATION**

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge David R. Grand's September 25, 2017 Report and Recommendation, as well as Plaintiff's October 12, 2017 objections to the report. After conducting a *de novo* review, the court hereby **ORDERS** that Magistrate Judge Grand's Report and Recommendation is **ADOPTED.**

It is further **ORDERED** that plaintiff Labreck's motion for temporary restraining order is **DENIED.**

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: December 6, 2017

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, December 6, 2017, using the ECF system and/or ordinary mail.

        s/William Barkholz
        Case Manager